UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 5:16-CR-22-DCR-REW**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | UNITED STATES' RESPONSE TO <u>MEDIA REQUEST FOR TRIAL EXHIBITS</u> |
| ALFRED BRADLEY ADKINS | DEFENDANT |

\* \* \* \* \*

The United States of America, by and through the undersigned counsel, pursuant to the Court's order of November 28, 2017 [ECF. No. 274], hereby files this response to Kurtis Productions' ("Requestor") request for "ALL trial exhibits" used during the trial of Alfred Bradley Adkins ("Defendant").

Given that an extraordinary number of exhibits offered by the United States during Defendant's trial, including thousands of Social Security disability claimant file folders, banking records, and other materials, contain personally identifiable information ("PII") and would necessarily need redaction prior to production, the United States, through its Office of Public Affairs, contacted the Requestor on November 29, 2017 to ascertain whether the requestor truly wanted copies of "ALL" trial exhibits or rather copies of specific trial exhibits for its intended purposes. That same day, the United States received a response from Requestor indicating that it only desired copies of specific trial exhibits, and that Requestor would identify for the United States which specific exhibits it desired.

To that end, on December 6, 2017, the United States, through its Office of Public Affairs, received via e-mail a list from Requestor identifying the particular exhibits desired. Specifically, Requestor identified wanting copies of the following the following exhibits:

E9   Collection of Adkins RFCs;
E11  Collection Adkins Typewritten (Post-Olive) RFCs (Generally Sept. 2005-Apr. 2006);
E13  Collection of Adkins RFCs Pre-completed Version 1 (July 2007-End);
E14  Collection of Adkins RFCs Pre-completed Version 2 (July 2007-End);
E15  Collection of Adkins RFCs Pre-completed Version 3 (July 2007-End);
E16  Collection of Adkins RFCs Pre-completed Version 4 (July 2007-End);
E17  Collection of Adkins RFCs Pre-completed Version 5 (July 2007-End);
E18  Collection of Adkins Evaluation Reports;
E19  Collection of ALJ Decisions;
E20  Collection of "DB Lists";
E20.1 Collection of "DB List" (October OTR Decisions-2006);
E20.2 Example of Bridge "DB Lists";
E20.3 Example of Bridge "DB Lists";
E35.1 Collection of Checks Adkins Deposited into his Bank Account;
E40  Video of Adkins Congressional Testimony;
E41  Transcript of Adkins Congressional Testimony;
E78  Conn Cash Withdrawal Chart;
E79  Conn Cash Withdrawal Chart 2;
E80  Map of Daugherty Cash Deposits and Times;
E82  Judge Daugherty Official Travel and Deposit Chart;
E83  Conn and Judge Daugherty Phone Contact Summary;
E85  Judge Daugherty Phone Records;
E87  Conn and Daugherty Cash Transactions and Phone Records Flow Chart;
E89  Judge Daugherty-Conn Voicemail Recordings;
E90  Judge Daugherty-Conn Voicemail Transcript;
E92  Pie Chart of Five Templated RFCs (collectively, "Specific Exhibits").

Upon Requestor identifying the Specific Exhibits desired, the United States began the process of redacting the PII from copies of the same. The United States intends to have finished redacting and have produced copies of the Specific Exhibits to Requestor by no later than December 15, 2017. Upon completion of the redaction process and production to Requestor, the United States will file a notice indicating the same to the Court.

Respectfully Submitted,

s/ Dustin M. Davis
Dustin M. Davis
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
202-355-5643
dustin.davis@usdoj.gov

CERTIFICATE OF SERVICE

On December 11, 2017, I filed this document with the Clerk of the Court using the CM/ECF system which will send notice of the filing to counsel of record.

s/ Dustin M. Davis
Dustin M. Davis
Trial Attorney