**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL ACTION NO. 5:16-CR-22-DCR-REW**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**             **UNITED STATES' NOTICE REGARDING
MEDIA REQUEST FOR TRIAL EXHIBITS**

**ALFRED BRADLEY ADKINS**                               **DEFENDANT**

\* \* \* \* \*

The United States of America, by and through the undersigned counsel, pursuant to the Court's order of November 28, 2017 [ECF No. 274], after communicating with Kurtis Productions through the United States Department of Justice, Office of Public Affairs ("OPA"), informed the Court on December 11, 2017 of the contours of Kurtis Productions' request for trial exhibits, and further indicated that it would provide Kurtis Productions with redacted copies of the requested trial exhibits and notify the Court when such had been accomplished [ECF No. 285].

On December 15, 2017, a redacted copy of the requested trial exhibits was delivered to OPA, which will produce the same to Kurtis Productions on Monday, December 18, 2017. Unless otherwise notified, the United States considers Kurtis Productions' request

for trial exhibits satisfied.

Respectfully Submitted,

s/ Dustin M. Davis
Dustin M. Davis
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
202-355-5643
dustin.davis@usdoj.gov

## CERTIFICATE OF SERVICE

On December 15, 2017, I filed this document with the Clerk of the Court using the CM/ECF system which will send notice of the filing to counsel of record.

s/ Dustin M. Davis
Dustin M. Davis
Trial Attorney