UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 16-022-DCR |
| V. | ) ) | |
| ALFRED BRADLEY ADKINS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Defendant Alfred Bradley Adkins has submitted a letter, styled as an addendum to his earlier "Emergency Motion for Immediate Release." However, that motion was denied on December 10, 2020. [Record No. 396] At this time, he has no motions pending before the Court.

Accordingly, it is hereby

**ORDERED** as follows:

1. Defendant Adkins's letter, to the extent it seeks relief, is **DENIED**, as moot.

2. The Clerk of Court is **DIRECTED** to file a copy of Defendant Adkins's letter in the record.

Dated: December 11, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky