UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Office of the Clerk

| | | |
|---|---|---|
| Robert R. Carr<br>Clerk of Court<br><br>David Hunter<br>Chief Deputy Clerk |  | 101 Barr Street<br>Lexington, KY 40507<br>859-233-2503 |

June 6, 2025

## NOTICE OF EXHIBIT DESTRUCTION

Jonah Lee Stevens
Hamilton & Stevens, PLLC
P.O. Box 1286
Pikeville, KY 41502

Dustin Michael Davis
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20005

Elizabeth Garland Wright
U.S. Department of Justice, Public Integrity Section
1400 New York Ave NW
10th Floor
Washington, DC 20005

      RE:    Lexington Criminal Case No. 16-022-DCR-3
              *United States of America v. Alfred Bradley Atkins*

      Our records reveal that exhibits were introduced into evidence by you in the above-captioned case. If you wish these exhibits returned to you, please pick them up at the Clerk's Office, United States Courthouse, Lexington, Kentucky, during normal business hours. If someone other than yourself is to collect the exhibits, please have them present some form of authorization signed by you. Please contact Lisa Moore at 859-469-7431 prior to picking up the exhibits to avoid any delay in retrieving the exhibits from the exhibit locker.

      **FAILURE TO RESPOND WITHIN TWO WEEKS OF THE DATE OF THIS NOTICE WILL RESULT IN THE DESTRUCTION OF THESE EXHIBITS**, pursuant to Local Rule 55.2(c). Should you not require the return of these records, no correspondence from your office is necessary. If you have any questions regarding this matter, please feel free to contact this office.

## NO FURTHER NOTICE WILL BE ISSUED

Sincerely,

        ROBERT R. CARR, CLERK

By:    <u>*Lisa K Moore*</u>, <u>Deputy Clerk</u>