UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
FILED
JUN 24 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 5: 16-022-DCR-3 |
| ) | |
| V. ) | |
| ) | |
| ALFRED BRADLEY ADKINS, ) | **DESTRUCTION CERTIFICATE** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This is to certify that the exhibits marked on the Witness and Exhibit List [Record No. 238] were filed at the Jury Trial held on June 5-12, 2017, on behalf of the United States and the defendant. Counsel for the parties have been requested in writing to claim the exhibits. [Record No. 423] No claim having been made for the return of the exhibits, they are now eligible for destruction.

ROBERT R. CARR, CLERK
UNITED STATES DISTRICT COURT

6/23/2025
DATE

David R Hunter
Digitally signed by David R Hunter
Date: 2025.06.23 12:55:47 -04'00'

DAVID HUNTER, CHIEF DEPUTY

06/24/2025
DESTRUCTION DATE

_Lisa Moore_
DEPUTY CLERK

- 1 -